United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 23, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| | § | Case No. 21-33133 |
| S&M Distributors, Inc. | § § | (Chapter 11 - Subchapter V) |
| Debtor. | § | |

## FINAL DECREE

The Court considered the *Motion to Close the Case* filed by S&M Distributors, Inc. and finds that the Chapter 11 bankruptcy estate of S&M Distributors, Inc. has been fully administered; it is accordingly

**ORDERED** that the Motion to Close is **GRANTED** and the Chapter 11 case of S&M Distributors, Inc. is **CLOSED**; it is further

**ORDERED** that the Clerk of the Court is **AUTHORIZED** to close this case; it is further

**ORDERED** that Mrs. Marta Contreras shall pay any unpaid, Court approved fees awarded to the Subchapter V Trustee within seven (7) days of entry of such Order on the Trustee's Final Fee Application at Dkt No. 172; it is further

**ORDERED** that S&M Distributors, Inc., no later than fourteen (14) days after the date of entry of the Final Decree, shall file a post-confirmation report for the second quarter of 2023 through the date of entry of the Final Decree and shall serve a true and correct copy of said report on the United States Trustee; it is further

**ORDERED** that entry of this Final Decree is without prejudice to the rights of S&M Distributors, Inc. or any party in interest to seek to reopen this case for cause pursuant to § 350(b) of the Bankruptcy Code; it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Final Decree.

Signed: May 23, 2023

*Jeffrey P. Norman*
Jeffrey P. Norman
United States Bankruptcy Judge